UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

SHERRY E. SCOTT,

    Plaintiff,

v.

MILWAUKEE SCHOOL OF ENGINEERING,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. 23-cv-618-pp

---

☐ **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☑ **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

    **THE COURT ORDERS AND ADJUDGES** that the plaintiff's complaint is **DISMISSED**.

    **THE COURT ORDERS** that the defendant's motion for summary judgment is **GRANTED**.

    **THE COURT ORDERS** that this case is **DISMISSED**.

    Approved and dated in Milwaukee, Wisconsin this 17th day of April, 2025.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**

GINA M. COLLETTI
Clerk of Court

s/ *Cary Biskupic*
(by) Deputy Clerk