UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

SHERRY E. SCOTT,

        Plaintiff,

vs.

MILWAUKEE SCHOOL OF ENGINEERING,

        Defendant.

Case No. 23-CV-618

**DECLARATION OF EMI M. PASSINI IN SUPPORT OF
DEFENDANT'S BILL OF COSTS**

    Pursuant to 28 U.S.C. § 1746, I, Emi M. Passini, do declare under penalty of perjury that the following is true and correct:

    1.    I am one of the attorneys representing Defendant Milwaukee School of Engineering ("Defendant") in the above-captioned action. I am providing this Declaration in support of Defendant's Bill of Costs. I have personal knowledge of the matters stated in this Declaration and could competently testify about them if called to do so.

    2.    On April 17, 2025 the Court entered judgment in favor of Defendant on all claims by Plaintiff in the above-captioned case. (Dkt. No. 42.)

    3.    Accordingly, Defendant submits a Bill of Costs to seek the full amount of recoverable costs it incurred in defense of Plaintiff's claims.

    4.    This Declaration and the material attached hereto provide an accounting and supporting documentation for the Bill of Costs.

    5.    Attached hereto as Exhibits are true and correct copies of the invoices for transcripts and video recordings necessarily obtained for use in this case:

| Exh | Vendor | Date of Service | Witness | Cost |
|---|---|---|---|---|
| A | Halma Reporting Group, Inc. | 05/10/2024 | Matey Kaltchev<br>Rebecca Ploeckleman | $409.85 |
| B | U.S. Legal Support, Inc. | 05/13/2024 | Sherry Scott | $1,475.25 |
| | | | TOTAL: | $1,885.10 |

6. Pursuant to 28 U.S.C. §§ 1746, 1924, I declare under penalty of perjury that the foregoing is true and correct, that all costs identified on Defendant's Bills of Costs were necessarily incurred in the case, and that services for which fees have been charged were actually and necessarily performed.

Dated this 1st day of May, 2025.

*s/ Emi M. Passini*
Emi M. Passini
