

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 139990 | 5/20/2024 | 79282 |
| Job Date | Case No. | |
| 5/10/2024 | 23-CV-618 | |
| Case Name | | |
| SHERRY E. SCOTT V. MILWAUKEE SCHOOL OF ENGINEERING | | |
| Payment Terms | | |
| NET 30 DAYS 1.5% INTEREST PER MONTH | | |

MS. DENISE L. GREATHOUSE
MICHAEL, BEST & FRIEDRICH, LLP
444 WEST LAKE STREET
SUITE 3200
CHICAGO, IL 60606

---

| | | | | |
|---|---|---|---|---|
| ONE COPY - VIDEO DEPOSITION | | | | |
|    DR. MATEY KALTCHEV | | | | 265.05 |
|      SCANNED EXHIBITS | 16.00 | Pages @ | 0.350 | 5.60 |
| ONE COPY - VIDEO DEPOSITION | | | | |
|    REBECCA PLOECKLEMAN | | | | 114.00 |
|      SCANNED EXHIBITS | 2.00 | Pages @ | 0.350 | 0.70 |
|      ELECTRONIC DELIVERY & PROCESSING | 1.00 | @ | 24.500 | 24.50 |
| **TOTAL DUE   >>>** | | | | **$409.85** |

Location of Job   : HALMA REPORTING GROUP, INC.
      342 North Water Street
      Suite 600
      MILWAUKEE, WI 53202

OUR PAGE RATE INCLUDES AN ELECTRONIC PACKAGE CONSISTING OF A PDF LINKED EXHIBIT BUNDLE (CONDENSED AND FULL), .TXT FILE AND E-TRANSCRIPT

NET 30 DAYS - 1.5 INTEREST/MONTH THEREAFTER

*WE ACCEPT MASTERCARD/VISA/AMERICAN EXPRESS*
    **WE APPRECIATE YOUR BUSINESS**

---

**Tax ID:** 39-1592529

*Please detach bottom portion and return with payment.*

MS. DENISE L. GREATHOUSE
MICHAEL, BEST & FRIEDRICH, LLP
444 WEST LAKE STREET
SUITE 3200
CHICAGO, IL 60606

Invoice No.    : 139990
Invoice Date   : 5/20/2024
**Total Due**  : **$409.85**

Remit To:   **HALMA REPORTING GROUP, INC.**
    **342 North Water Street**
    **Suite 600**
    **MILWAUKEE, WI 53202**

Job No.     : 79282
BU ID       : 1-MAIN
Case No.    : 23-CV-618
Case Name   : SHERRY E. SCOTT V. MILWAUKEE SCHOOL OF ENGINEERING