

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20240692521-15 | 5/28/2024 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6596185 | 5/13/2024 | $1,475.25 |

| Case Name |
|---|
| Sherry Scott v. Milwaukee School of Engineering |

| Case No. |
|---|
| 23CV618 |

MW - WISCONSIN
16825 Northchase Drive Suite 900
Houston TX 77060
Phone: 6084961063  Fax: 414-272-1806

Denise Greathouse, Esquire
Michael Best & Friedrich LLP
790 North Water Street
Milwaukee WI 53202

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Michael Best & Friedrich LLP<br>790 North Water Street<br>Milwaukee WI 53202 | Denise Greathouse, Esquire<br>Michael Best & Friedrich LLP<br>790 North Water Street<br>Milwaukee WI 53202 | Client Matter No:<br>Claim No:<br>Insured:<br>D/O/L:<br>Adjuster: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: General | | | | |
| Full Day Per Diem | 1.00 | N/A | $155.00 | $155.00 |
| ORIGINAL TRANSCRIPT OF: Sherry Scott | | | | |
| Original | 276.00 | Pages | $3.80 | $1,048.80 |
| Exhibit | 183.00 | Pages | $0.65 | $118.95 |
| Exhibits (Color) | 25.00 | Pages | $1.00 | $25.00 |
| Transcript Handling & Processing | 1.00 | N/A | $37.50 | $37.50 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $90.00 | $90.00 |
| | | **Total Due** | | **$1,475.25** |
| | | AFTER 7/12/2024 PAY | | $1,696.54 |
| | | **(-) Payments/Credits** | | **$0.00** |
| | | **(+) Finance Charges/Late Fees** | | **$0.00** |
| | | **(=) New Balance** | | **$1,475.25** |

Tax ID : 76-0523238  Nevada Firm Registration # 067F                Phone: 414-271-6560

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Denise Greathouse, Esquire
Michael Best & Friedrich LLP
790 North Water Street
Milwaukee WI 53202

| Invoice No. | 20240692521-15 | Invoice Date | 5/28/2024 |
|---|---|---|---|
| Job No. | 6596185 | Case No. | 23CV618 |
| Total Due | $1,475.25 | | |

Remit To:   U.S. Legal Support, Inc.
P.O. Box 4772
Houston, TX 77210

**PAY BY CREDIT CARD**   

**Cardholder's Name:**

**Card Number:**

**Exp. Date:**            **Phone:**

**Billing Address:**

**Zip:**              **Card Security Code:**

**Amount to Charge:**

**Cardholder's Signature:**