# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

GINA M. COLLETTI
CLERK

TEL: 414-297-3372
www.wied.uscourts.gov

May 2, 2025

Lili C. Behm
Emma E. Knatterud-Johnson
Nicholas E. Fairweather
Hawks Quindel SC
409 E Main St
PO Box 2155
Madison, WI 53701-2155

Denise OL Greathouse
Emi Passini
Michael Best & Friedrich LLP
790 N Water St - Ste 2500
Milwaukee, WI 53202-4108

Re: **Scott v. Milwaukee School of Engineering**
**Case No. 23-CV-618**

Dear Litigants:

Today, I received the defendant's proposed Bill of Costs in the above case pursuant to Civil Local Rule 54. In order to dispose of this matter without a hearing, I am asking that any objections to the costs be provided in writing on or before **May 16, 2025.** The court and opposing party should be promptly notified in writing if there are no objections to the costs.

If an objection is filed, it should be accompanied by a brief memorandum. The requesting party will have until **May 23, 2025** to file a response. The opposing party's reply, if any, should be filed on or before **May 30, 2025**. Costs will be taxed by the Clerk of Court on the basis of the written memoranda.

Very truly yours,

GINA M. COLLETTI
Clerk of Court

By: Tony Byal
Deputy Clerk